KATIE ADAMS, Respondent, *v.* QUEENS COUNTY SAVINGS BANK, Appellant.

*Adams* v. *Queens County Savings Bank*, 152 App. Div. 935, affirmed.

(Argued March 13, 1914; decided March 31, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 18, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover a balance alleged to be due plaintiff upon a savings bank account.

*Harrison S. Moore* for appellant.

*Emile E. Rathgeber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ. Absent: WILLARD BARTLETT, Ch. J.